THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 James Wesly
 Young, Appellant.
 
 
 

Appeal From Anderson County
 J. C. Buddy Nicholson, Jr., Circuit
 Court Judge
Unpublished Opinion No. 2008-UP-395
Submitted July 1, 2008  Filed July 15,
 2008   
APPEAL DISMISSED

 
 
 
 Appellate
 Defender Eleanor Duffy Cleary, of Columbia, for Appellant.
 Teresa A. Knox, Deputy Director for Legal Services, Tommy Evans,
 Jr., Legal Counsel, and J. Benjamin Aplin, Legal Counsel; all of Columbia, for
 Respondent.
 
 
 

PER
 CURIAM:  James Young appeals
 the revocation of his suspended sentence.  Young argues the circuit court
 committed an abuse of discretion by revoking his suspended sentence.  Young
 contends the circuit court ignored his explanations for why his suspended
 sentence should not be revoked.  After a
 thorough review of the record and counsels brief pursuant to Anders v.
 California, 386 U.S. 738 (1967), and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Youngs appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.
HEARN, C.J., CURETON and GOOLSBY, A.J.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.